NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


EDWARD HELLIWELL, DOC #T94318,     )
                                   )
            Appellant,             )
                                   )
v.                                 )          Case No.  2D17-2486
                                   )
STATE OF FLORIDA,                  )
                                   )
            Appellee.              )
_____   )


Opinion filed May 2, 2018.

Appeal from the Circuit Court for
Hillsborough County; Mark R. Wolfe,
Judge.

Howard L. Dimmig, II, Public Defender,
and William L. Sharwell, Assistant Public
Defender, Bartow, for Appellant.



PER CURIAM.


            Affirmed.


CASANUEVA, SILBERMAN, and SLEET, JJ., Concur.